Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGO PERRYMAN )
) Case No: 3:14-cv-02261
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
LITTON LOAN SERVICING, LP et al. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, W. Glenn Merten, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: American Security Insurance Company in the above-entitled action. My local co-counsel in this case is Mark A. Neubauer (SBN 73728), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Carlton Fields Jorden Burt, P.A., #400E, 1025 Thomas Jefferson St., NW, Wash., DC 20007 | Carlton Fields Jorden Burt, P.A., 2029 Century Park East, Suite 2000, Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: (202) 965-8112 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (310) 651-2147 |
| MY EMAIL ADDRESS OF RECORD: gmerten@cfjblaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: mneubauer@cfjblaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 461463.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/19/14

W. Glenn Merten
APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of W. Glenn Merten is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/21/14

Judge Joseph C. Spero
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                     October 2012



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## WILLIAM G. MERTEN

was on **MARCH 10, 2000,** duly qualified and admitted as an attorney and counselor. This attorney is, on the date indicated below, voluntarily registered as an inactive member in good standing of the District of Columbia Bar and, therefore, is not currently eligible to practice law in the District of Columbia.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **APRIL 30, 2014.**

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk