Fredrick S. Levin (Bar No. 187603)
BuckleySandler LLP
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Telephone: (310) 424-3984
Facsimile: (310) 424-3960
Email: flevin@buckleysandler.com

Jennifer A. Slagle Peck (p*ro hac vice*)
BuckleySandler LLP
1250 24th Street NW, Suite 700
Washington, DC 20037
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: jslaglepeck@buckleysandler.com

*Attorneys for Litton Loan Servicing, LP and Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARGO PERRYMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING, LP, OCWEN LOAN SERVICING, LLC, SOUTHWEST BUSINESS CORPORATION, and AMERICAN SECURITY INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:14-cv-02261-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO PLAINTIFF'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS** |

1  Pursuant to L.R. 7-12, it is hereby stipulated by and between the parties, through their
2  respective attorneys, that:
3  WHEREAS, on August 21, 2014, Plaintiff Margo Perryman submitted her Supplemental
4  Request for Judicial Notice in Support of Plaintiff's Oppositions to American Security Insurance
5  Company, Litton Loan Servicing, LP, Southwest Business Corporation, and Ocwen Loan
6  Servicing LLC's (collectively "Defendants") Motions to Dismiss; and
7  WHEREAS, on August 21, 2014, the Court heard oral argument on Defendants' Motions
8  to Dismiss;
9  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to
10 the Court's approval, Defendants may file a single, consolidated Response to Plaintiff's
11 Supplemental Request for Judicial Notice, not to exceed five (5) pages, on or before August 28,
12 2014.

Dated: August 26, 2014                  Respectfully Submitted,

BUCKLEYSANDLER LLP

/s/ Fredrick S. Levin
Fredrick S. Levin (Bar No. 187603)
flevin@buckleysandler.com
BuckleySandler LLP
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Telephone: (310) 424-3984
Facsimile: (310) 424-3960

Jennifer A. Slagle Peck (p*ro hac vice*)
jslaglepeck@buckleysandler.com
BuckleySandler LLP
1250 24th Street NW, Suite 700
Washington, DC 20037
Telephone:  (202) 349-8000
Facsimile:  (202) 349-8080

*Attorneys for Litton Loan Servicing, LP*

1                Case No. 3:14-cv-02261-JST
**JOINT STIPULATION SETTING BRIEFING SCHEDULE**
**REGARDING PLAINTIFF'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**

*and Ocwen Loan Servicing, LLC*

| | |
|---|---|
| Dated: August 26, 2014 | Respectfully submitted, |
| | DILLINGHAM & MURPHY LLP |
| | /s/ Dennis J. Kelly (with consent) |
| | Dennis Justin Kelly (Bar No. 191414) |
| | djk@dillinghammurphy.com |
| | J. Cross Creason, III (Bar No. 209492) |
| | jcc@dillinghammurphy.com |
| | Dillingham & Murphy LLP |
| | 601 California Street, Suite 1900 |
| | San Francisco, CA 94108 |
| | Telephone:  (415) 397-2700 |
| | Facsimile:  (415) 397-3300 |
| | *Attorneys for Southwest Business Corporation* |
| Dated: August 26, 2014 | Respectfully submitted, |
| | CARLTON FIELDS JORDEN BURT, P.A. |
| | /s/ Dawn B. Williams (with consent) |
| | Frank G. Burt (*pro hac vice*) |
| | fburt@cfjblaw.com |
| | Dawn B. Williams (*pro hac vice*) |
| | dwilliams@cfjblaw.com |
| | William G. Merten (*pro hac vice*) |
| | gmerten@cfjblaw.com |
| | Carlton Fields Jorden Burt, LLP |
| | 1025 Thomas Jefferson Street, NW, Suite 400 East |
| | Washington, DC 20007-0805 |
| | Telephone: (202) 965-8100 |
| | Facsimile: (202) 965-8104 |
| | Mark A. Neubauer (Bar No. 73728) |
| | mneubauer@cfjblaw.com |
| | Carlton Fields Jorden Burt, LLP |
| | 2029 Century Park East, Ste 2000 |
| | Los Angeles, CA 90067 |
| | *Attorneys for Defendant* |
| | *American Security Insurance Company* |

Dated: August 26, 2014                    Respectfully submitted,

                                                            HIMMELSTEIN LAW NETWORK

                                                            /s/ Barry R. Himmelstein (with consent)
                                                            Barry R. Himmelstein (Bar No. 157736)
                                                            barry@himmellaw.com
                                                            Himmelstein Law Network
                                                            2000 Powell Street, Suite 1605
                                                            Emeryville, CA 94608
                                                            Telephone:  (510) 450-0782
                                                            Facsimile:  (510) 380-6147

                                                            Sheri L. Kelly (Bar No. 226993)
                                                            E-mail: slk@sherikellylaw.com
                                                            LAW OFFICE OF SHERI L. KELLY
                                                            31 E. Julian St.
                                                            San Jose, CA 95112
                                                            Telephone: (408) 287-7712
                                                            Facsimile: (408) 583-4249

                                                            *Counsel for Plaintiff Margo Perryman*

## ATTESTATION OF CONCURRENCE IN FILING

    Pursuant to Civil Local Rule 5-1(i)(3), the undersigned attests that concurrence in the filing of this document has been obtained by all signatories to this document.

Dated: August 26, 2014                    Respectfully Submitted,

                                                            /s/ Fredrick S. Levin
                                                            Fredrick S. Levin (Bar No. 187603)
                                                            flevin@buckleysandler.com
                                                            BuckleySandler LLP
                                                            100 Wilshire Boulevard, Suite 1000
                                                            Santa Monica, CA 90401
                                                            Telephone: (310) 424-3984
                                                            Facsimile: (310) 424-3960

                                                            *Attorney for Litton Loan Servicing, LP*
                                                            *and Ocwen Loan Servicing, LLC*

1  **ORDER**

2  **PURSUANT TO STIPULATION,** Defendants may file a single, consolidated Response

3  to Plaintiff's Supplemental Request for Judicial Notice, not to exceed five (5) pages, on or before

4  August 28, 2014.

5  **IT IS SO ORDERED.**

9  Date:  August 27, 2014



4                             Case No. 3:14-cv-02261-JST
**JOINT STIPULATION SETTING BRIEFING SCHEDULE
REGARDING PLAINTIFF'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**