UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGO PERRYMAN on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>LITTON LOAN SERVICING, LP; OCWEN LOAN SERVICING LLC; SOUTHWEST BUSINESS CORPORATION; AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-100,<br><br>                    Defendants. | Case No. 14-CV-02261-JST<br><br>Judge: Honorable Jon S. Tigar<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
x    Private ADR (*please identify process and provider*): Mediation

The parties agree to hold the ADR session by:
        ☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        x    other requested deadline:  To be set by Court at Case Management Conference, pursuant to Local Civil Rule 16-10(b)(1).

                                                                        Respectfully submitted,

Dated: September 11, 2014                          /s/ Barry R. Himmelstein
                                                                        Barry R. Himmelstein
                                                                        Attorney for Plaintiff

| | |
|---|---|
| Dated: September 11, 2014 | /s/ Fredrick Levin<br>Fredrick Levin<br>Attorney for Defendants Litton Loan Servicing LP and Ocwen Loan Servicing LLC |
| Dated: September 11, 2014 | /s/ Dennis Kelly<br>Dennis Kelly<br>Attorney for Defendant Southwest Business Corporation |
| Dated: September 11, 2014 | /s/ W. Glenn Merten<br>W. Glenn Merten<br>Attorney for Defendant American Security Insurance Company |

**[PROPOSED] ORDER**

☒  The parties' stipulation is adopted and IT IS SO ORDERED.
☐  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: _____September 19_____, 2014          
                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."