1  DILLINGHAM & MURPHY, LLP
   DENNIS J. KELLY (SBN No. 191414)
   601 California Street, Suite 1900
2  San Francisco, California 94108
   Telephone:     (415) 397-2700
3  Facsimile:     (415) 397-3300

4

   Attorneys for Defendant
5  SOUTHWEST BUSINESS CORPORATION

6

7                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
8                    SAN FRANCISCO DIVISION

9

10 | MARGO PERRYMAN, on behalf of herself | Case No. 3:14-cv-02261-JST
   | and others similarly situated, |
11 | |
   | Plaintiff, | JOINT STIPULATION BETWEEN
12 | | PLAINTIFF AND DEFENDANT
   | vs. | SOUTHWEST BUSINESS
13 | | CORPORATION AND [PROPOSED]
   | LITTON LOAN SERVICING, LP; OCWEN | ORDER EXTENDING BRIEFING
14 | LOAN SERVICING LLC; SOUTHWEST | SCHEDULE AND HEARING DATE
   | BUSINESS CORPORATION; AMERICAN |
15 | SECURITY INSURANCE COMPANY, and | Date:       TBD
   | DOES 1-100, inclusive | Time:       TBD
16 | | Judge:      Hon. Jon S. Tigar
   | Defendants. | Courtroom: 9, 19th Floor
17 | |

18        Pursuant to Civil L.R. 7-12, 6-1 (b ), it is hereby stipulated by and between the parties,

19  through their respective attorneys, that:

20        WHEREAS, on October 21, 2014, Plaintiff filed and served the First Amended Class

21  Action Complaint ("FAC") (Dkt. No. 108) on counsel for Southwest Business Corporation

22  ("Southwest");

23        WHEREAS, Southwest's response to the FAC would be due on November 4, 2014;

24        WHEREAS, Plaintiff and Southwest agree that additional time is necessary for the

25  assessment of their respective filings and to identify and present their respective positions with

26  greater precision and efficiency; and

27        WHEREAS, the Plaintiff and Southwest have consulted and agreed on a

28  schedule to provide that additional time;

          WHEREAS, this stipulation only applies to the briefing schedule for Southwest's

1   responsive pleading and not the other defendants' responsive pleadings*;*

2        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject

3   to the Court's approval, the following schedule shall govern:

4      •   Southwest's response to the FAC shall be filed on or before November 17, 2014;

5      •   Plaintiffs opposition to Southwest's response shall be filed on or before December 15,

6   2014;

7      •   Southwest's reply to Plaintiffs opposition shall be filed on or before December 24,

8   2014; and

9      •   Hearing on Southwest's motion shall be on January 8, 2015 at 2PM or on another

10      date of the Court's preference.

11

12   SEEN AND AGREED:

13   Dated:  November 4, 2014                  LAW OFFICE OF SHERI L. KELLY

14                             By:  _/s/Sheri L. Kelly_____

15                             SHERI L. KELLY
                          slk@sherikellylaw.com

16                             31 E. Julian Street
                          San Jose, CA 95112

17                             Telephone: (408) 287-7712
                          Facsimile: (408) 583-4249

18                             *Attorney for Plaintiff*
                          *Margo Perryman*

19

20

21

22

23

24   Dated:  November 4, 2014                  DILLINGHAM & MURPHY, LLP

25                             By:  _/s/Dennis J. Kelly_____

26                             DENNIS J. KELLY
                          601 California Street, Suite 1900

27                             San Francisco, California 94108
                          Telephone: (415) 397-2700

28                             Facsimile:  415) 397-3300
                          *Attorney for Defendant Southwest Business*

JOINT STIPULATION BETWEEN PLAINTIFF AND DEFENDANT SOUTHWEST BUSINESS CORPORATION
AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULED AND HEARING DATE

*Corporation*

**FILER'S ATTESTATION**

The undersigned filer attests, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of the documents has been obtained from the other signatory to this document.

Dated:  November 4, 2014                          DILLINGHAM & MURPHY, LLP

                                                  By:  /s/Dennis J. Kelly_____
                                                       DENNIS J. KELLY
                                                       601 California Street, Suite 1900
                                                       San Francisco, California 94108
                                                       Telephone: (415) 397-2700
                                                       Facsimile:  415) 397-3300
                                                       *Attorney for Defendant Southwest Business*
                                                       *Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

- Southwest's response to the First Amended Complaint shall be filed on or before November 17, 2014;

- Plaintiff's opposition response shall be filed on or before December 15, 2014;

- Southwest's reply to Plaintiff's opposition shall be filed on or before December 24, 2014;

- Hearing on Southwest's motion shall be on January 8, 2015 at 2PM.; and

- This Schedule will not alter the existing deadlines for other defendants in this action.

Dated: November __5___, 2014

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 3 – Case No. 3:14-cv-02261
JOINT STIPULATION BETWEEN PLAINTIFF AND DEFENDANT SOUTHWEST BUSINESS CORPORATION
AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULED AND HEARING DATE

1

## DECLARATION OF DENNIS J. KELLY

2 I, Dennis J. Kelly, declare

3      1.      I am an attorney duly admitted to practice in the State of California and before

4 this Court. I am a partner in the law firm of Dillingham & Murphy, counsel for Defendant

5 Southwest Business Corporation ("Southwest") in this case.  I have personal knowledge of the

6 facts set forth below.

7      2.      As set forth in the above stipulation, Southwest has stipulated to the following

8 schedule:

9     •   Southwest's response to the FAC shall be filed on or before November 17, 2014;

10     •   Plaintiffs opposition to Southwest's response shall be filed on or before December 15,

11     2014;

12     •   Southwest's reply to Plaintiffs opposition shall be filed on or before December 24,

13     2014; and

14     •   Hearing on Southwest's motion shall be on January 8, 2015 at 2PM or on another

15     date of the Court's preference.

16      3.      The reason for the proposed extension is to allow Southwest and Plaintiff

17 sufficient time to assess their respective filings and to identify and present their respective

18 positions with greater precision and efficiency.

19      4.      This extension will not impact any only other matters currently scheduled in the

20 Court's October 9, 2014 Scheduling Order, the firm dates under which begin in March 2015.

21     I declare under penalty of perjury under the laws of the United States that the foregoing is

22 true and correct.

23     Executed this 4th day of November 2014 at San Francisco, CA

24                                 DILLINGHAM & MURPHY, LLP

25                   By:  /s/Dennis J. Kelly_____

26                   DENNIS J. KELLY
                  601 California Street, Suite 1900

27                   San Francisco, California 94108
                  Telephone: (415) 397-2700

28                   Facsimile:  415) 397-3300
                  *Attorney for Defendant Southwest Business*
                  *Corporation*