Fredrick S. Levin (Bar No. 187603)
BuckleySandler LLP
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Telephone: (310) 424-3900
Facsimile: (310) 424-3960
Email: flevin@buckleysandler.com

Jennifer A. Slagle Peck (*pro hac vice*)
BuckleySandler LLP
1250 24th Street NW, Suite 700
Washington, DC 20037
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: jslaglepeck@buckleysandler.com

*Attorneys for Litton Loan Servicing, LP
and Ocwen Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGO PERRYMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING, LP, OCWEN LOAN SERVICING, LLC, SOUTHWEST BUSINESS CORPORATION, and AMERICAN SECURITY INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:14-cv-02261-JST<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS LITTON LOAN SERVICING, LP, AND OCWEN LOAN SERVICING, LLC; AND [PROPOSED] ORDER**<br><br>Judge:   Hon. Jon S. Tigar |

1562881.1

Case No. 3:14-cv-02261-JST

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

1  PLEASE TAKE NOTICE that Defendants Litton Loan Servicing, LP and Ocwen Loan
2  Servicing, LLC have retained Brian V. Otero, Ryan Becker, Stephen R. Blacklocks, and Jason J.
3  Kim of Hunton & Williams LLP to substitute as counsel for BuckleySandler LLP in the above-
4  captioned matter.

5  Withdrawing counsel for Defendants Litton Loan Servicing, LP and Ocwen Loan Servicing,
6  LLC are:

7  Fredrick S. Levin
   BuckleySandler LLP
8  100 Wilshire Boulevard, Suite 100
   Santa Monica, CA 90401q
9  Telephone: (310) 424-3900
   Facsimile: (310) 424-3960
10 flevin@buckleysandler.com

   Jennifer A. Slagle Peck
   BuckleySandler LLP
   1250 24th Street NW, Suite 700
   Washington, DC 20037
   Telephone: (202) 349-8000
   Facsimile: (202) 349-8080
   jslaglepeck@buckleysandler.com

11 All pleadings, orders and notices should henceforth be served upon the following substituted
12 counsel for Defendants Litton Loan Servicing, LP and Ocwen Loan Servicing, LLC:

13 Brian V. Otero
   200 Park Avenue
14 New York, New York 10166
   Telephone: (212) 309-1020
15 Facsimile: (212) 309-1100
   botero@hunton.com

   Ryan Becker
   200 Park Avenue
   New York, New York 10166
   Telephone: (212) 309-1020
   Facsimile: (212) 309-1100
   rbecker@hunton.com

16
   Stephen R. Blacklocks
17 200 Park Avenue
   New York, New York 10166
18 Telephone: (212) 309-1020
   Facsimile: (212) 309-1100
19 sblacklocks@hunton.com

   Jason J. Kim
   Hunton & Williams LLP
   550n South Hope Street, Suite 2000
   Los Angeles, CA 90071
   Telephone: (213) 532-2000
   Facsimile: (213) 532-2020
   kimj@hunton.com

20 The undersigned parties consent to the above withdrawal and substitution of counsel.

21 Dated: November 11, 2014                        LITTON LOAN SERVICING, LP
22
                          Carol A. Fantozzi        By: /s/ Carol A. Fantozzi
                          Senior Counsel
23                                                 Carol A. Fantozzi
                                                   Title: Senior Counsel
24

25 Dated: November 11, 2014                        OCWEN LOAN SERVICING, LLC

26                                                 By: /s/ Annie Zaffuto

27                                                 Annie T. Zaffuto
                                                   Title: Senior Counsel  **Annie T. Zaffuto**
28                                                                        **Senior Counsel**

                                                                        Case No. 3:14-cv-02261-JST
                        NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 11, 2014 | BUCKLEYSANDLER LLP |
| 3 | | By: /s/ |
| 4 | | Fredrick S. Levin |
| 5 | | |
| 6 | Dated: November 11, 2014 | HUNTON & WILLIAMS LLP |
| 7 | | By: /s/ |
| | | Brian V. Otero |

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: November 11, 2014           BUCKLEYSANDLER LLP

By: _____/s/_____
Fredrick S. Levin

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: November 12, 2014           _____
                                    JUDGE OF THE UNITED STATES
                                    DISTRICT COURT

*IT IS SO ORDERED*
Judge Jon S. Tigar

---

2

Case No. 3:14-cv-02261-JST

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL