UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGO PERRYMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>LITTON LOAN SERVICING, LP, et al.,<br><br>    Defendants. | Case No.  14-cv-02261-JST<br><br>**ORDER HOLDING IN ABEYANCE DEFENDANT BELTLINE ROAD INSURANCE AGENCY, INC.'S OBLIGATION TO RESPOND TO THE COMPLAINT**<br><br>Re: Dkt. No. 119 |

    The Court is in receipt of Defendant Beltline Road Insurance Agency, Inc.'s Motion for Extension of Time to Respond to First Amended Class Action Complaint ("FAC"), ECF No. 119. Pursuant to Civil Local Rule 6-3(b), any opposition is due by November 18, 2014.

    The Court concludes that Beltline did not delay in bringing its motion, and further notes that, absent an extension, the deadline to respond to the FAC would have passed on November 14, 2014.  The Court now suspends Beltline's obligation to respond to the FAC until further Court order, so that Plaintiff has an opportunity to respond to Beltline's motion, and the Court has an opportunity to consider the parties' respective positions.

    In the meantime, the parties are directed to review the Northern District of California's Guidelines for Professional Conduct, which may be found at http://www.cand.uscourts.gov/professional_conduct_guidelines.  The Court invites the parties'

/ / /
/ / /
/ / /
/ / /
/ / /

1  particular attention to Paragraph 4 of the guidelines, and the subparagraphs immediately
2  following.
3      **IT IS SO ORDERED.**
4  Dated:  November 16, 2014

                                            JON S. TIGAR
                                      United States District Judge