Jason J. Kim (SBN 221476)
kimj@hunton.com
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Brian V. Otero (admitted *pro hac vice*)
Stephen R. Blacklocks (admitted *pro hac vice*)
Ryan A. Becker (admitted *pro hac vice*)
**HUNTON & WILLIAMS LLP**
200 Park Avenue, 52nd Floor
New York, NY 10166
Telephone:  (212) 309-1000
Facsimile:  (212) 309-1100

Attorneys for Defendants
OCWEN LOAN SERVICING LLC and
LITTON LOAN SERVICING, LP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGO PERRYMAN on behalf of herself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>LITTON LOAN SERVICING, LP; OCWEN LOAN SERVICING LLC; SOUTHWEST BUSINESS CORPORATION; AMERICAN SECURITY INSURANCE COMPANY; AMERICAN MODERN HOME INSURANCE COMPANY; ALTISOURCE PORTFOLIO SOLUTIONS, S.A., BELTLINE ROAD INSURANCE AGENCY, INC., and DOES 4-100,<br><br>Defendants. | Case No.: 3:14-CV-02261-JST<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-2 TO MODIFY BRIEFING SCHEDULE ON DEFENDANT OCWEN LOAN SERVICING LLC'S MOTION FOR STAY AS TO CLAIMS AGAINST IT AND [PROPOSED] ORDER**<br><br><br>[Amended Complaint Filed:  Oct. 21, 2014] |

STIPULATION PURSUANT TO CIVIL L.R. 6-2 TO MODIFY BRIEFING SCHEDULE
CASE NO.: 3:14-CV-02261-JST

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Plaintiff Margo Perryman ("Plaintiff") and Defendant Ocwen Loan Servicing, LLC ("Ocwen"), through their respective attorneys, stipulate as follows:

WHEREAS, on November 21, 2014, Ocwen filed and served its Motion for Stay as to Claims Against It [Docket Entry No. 135] ("Motion to Stay");

WHEREAS, Plaintiff's opposition to Ocwen's Motion to Stay currently is due on December 5, 2014, and Ocwen's reply is due on December 12, 2014;

WHEREAS, Ocwen's Motion to Stay is based on a proposed settlement in the matter of Lee v. Ocwen Loan Servicing, LLC, et al. (S.D. Fla.);

WHEREAS, the terms of the proposed Lee settlement will become publicly available on December 5, 2014, when the settlement agreement is filed with the Southern District of Florida;

WHEREAS, counsel for Plaintiff and Ocwen met and conferred in advance of Ocwen's filing of the Motion to Stay, during which time the parties agreed to a briefing schedule that would allow Plaintiff to have access to the Lee settlement agreement for one week before being required to file her response to the Motion to Stay; and

WHEREAS, this stipulation only applies to the briefing schedule for Ocwen's Motion to Stay and will not impact any other dates or deadlines that have been set by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval, the following briefing schedule for Ocwen's Motion to Stay shall apply:

- Plaintiff's deadline to file her response to Ocwen's Motion to Stay shall be extended from December 5, 2014 to December 12, 2014;

- Ocwen's deadline to file its reply in support of its Motion to Stay shall be extended from December 12, 2014 to December 19, 2014; and
- There shall be no changes to the hearing date on the Motion to Stay, which currently is set to be heard on January 8, 2014.

DATED: November 25, 2014         **HUNTON & WILLIAMS LLP**
                                  Brian V. Otero
                                  Stephen Blacklocks
                                  Ryan A. Becker
                                  Jason J. Kim


                                  By: /s/ Jason J. Kim
                                      Attorneys for Defendants
                                      OCWEN LOAN SERVICING LLC
                                      and LITTON LOAN SERVICING, LP

DATED: November 25, 2014         HIMMELSTEIN LAW NETWORK
                                  Barry R. Himmelstein


                                  By: /s/ Barry R. Himmelstein
                                      Barry R. Himmelstein
                                      Attorneys for Plaintiff
                                      MARGO PERRYMAN

## FILER'S ATTESTATION

I, Jason J. Kim, attest, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of the documents has been obtained from the other signatory to this document.

DATED: November 25, 2014         **HUNTON & WILLIAMS LLP**
                                  Brian V. Otero
                                  Stephen Blacklocks
                                  Ryan A. Becker
                                  Jason J. Kim


                                  By: /s/ Jason J. Kim
                                      Attorneys for Defendants
                                      OCWEN LOAN SERVICING LLC
                                      and LITTON LOAN SERVICING, LP

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

- Plaintiff's deadline to file her response to Ocwen's Motion to Stay shall be extended from December 5, 2014 to December 12, 2014;

- Ocwen's deadline to file its reply in support of its Motion to Stay shall be extended from December 12, 2014 to December 19, 2014; and

- There shall be no changes to the hearing date on the Motion to Stay, which currently is set to be heard on January 8, 2014.

Dated:  November 26, 2014



IT IS SO ORDERED

Judge Jon S. Tigar

3

STIPULATION PURSUANT TO CIVIL L.R. 6-2 TO MODIFY BRIEFING SCHEDULE
CASE NO.: 3:14-CV-02261-JST

## DECLARATION OF JASON J. KIM

I, Jason J. Kim, declare as follows:

1. I am an associate with the firm of Hunton & Williams LLP, counsel for Defendant Ocwen Loan Servicing, LLC ("Ocwen") in this matter. I have personal knowledge of the matters set forth herein, and if called upon to do so, could and would testify competently thereto. I submit this declaration in support of Plaintiff Margo Perryman ("Plaintiff") and Ocwen's Stipulation Pursuant to Civil L.R. 6-2 to Modify Briefing Schedule on Ocwen's Motion for Stay as to Claims Against It (the "Stipulation").

2. As set forth in the Stipulation, Plaintiff and Ocwen have stipulated to the following briefing schedule for Ocwen's Motion for Stay as to Claims Against It ("Motion to Stay"):

- Plaintiff's deadline to file her response to Ocwen's Motion to Stay shall be extended from December 5, 2014 to December 12, 2014;
- Ocwen's deadline to file its reply in support of its Motion to Stay shall be extended from December 12, 2014 to December 19, 2014; and
- There shall be no changes to the hearing date on the Motion to Stay, which currently is set to be heard on January 8, 2014.

3. Plaintiff and Ocwen seek the proposed modifications to the briefing schedule for Ocwen's Motion to Stay because of the intervening holidays and the respective schedules of counsel. Counsel for Plaintiff and Ocwen met and conferred before Ocwen filed its Motion to Stay, during which time they agreed upon the proposed briefing schedule. This stipulation, therefore, effectuates that agreement.

4. Pursuant to Civil L.R. 6-2(a)(2), I state that Defendants Ocwen, Litton Loan Servicing, LP and Southwest Business Corporation each have obtained extensions of time in which to respond to Plaintiff's complaint via stipulation. Docket Entry Nos. 24, 30, 41. I further state that Defendant Beltline Road Insurance Agency,

Inc. sought and obtained from this Court an order extending the time in which it may respond to Plaintiff's complaint.  Docket Entry Nos. 119, 134.  Ocwen has not previously requested similar relief or any other changes to the schedule in connection with its Motion to Stay.

5. Pursuant to Local Rule 6-2(a)(3), the schedule proposed in the Stipulation will not impact other dates or deadlines that have been set by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 25, 2014, at Los Angeles, California.

By: /s/ Jason J. Kim
Jason J. Kim