| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| 2 | JULIA B. STRICKLAND (State Bar No. 083013)<br>BENJAMIN G. DIEHL (State Bar No. 192984) |
| 3 | DAVID W. MOON (State Bar No. 197711)<br>2029 Century Park East, Suite 1800 |
| 4 | Los Angeles, CA  90067-3086<br>Telephone: 310-556-5800 |
| 5 | Facsimile: 310-556-5959<br>Email: *lacalendar@stroock.com* |
| 6 | Attorneys for Defendant |
| 7 |     BELTLINE ROAD INSURANCE AGENCY, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARGO PERRYMAN,| ) | Case No. 14-cv-02261-JST |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER MODIFYING BRIEFING** |
| v. | ) | **SCHEDULE ON MOTION TO DISMISS** |
| | ) | **(DKT. 146)** |
| LITTON LOAN SERVICING, LP, et al., | ) | |
| | ) | [Declaration of David W. Moon filed |
| Defendants. | ) | concurrently] |

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO DISMISS
14-cv-02261-JST

LA 51820177

WHEREAS, on December 12, 2014, defendant Beltline Road Insurance Agency, Inc. ("Defendant") filed a Motion to Dismiss First Amended Class Action Complaint (Dkt. 146) (the "Motion to Dismiss");

WHEREAS, the hearing on the Motion to Dismiss is currently set for February 5, 2015;

WHEREAS, by local rule, the opposition of plaintiff Margo Perryman ("Plaintiff") is currently due on December 26, 2014 and Defendant's reply is currently due on January 2, 2015; and

WHEREAS, due to the unavailability of the parties and their counsel during the holidays, the parties have agreed to adjust the briefing schedule on the Motion to Dismiss.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their undersigned counsel of record, that Plaintiff's opposition to the Motion to Dismiss shall be filed on or before January 9, 2015 and Defendant's reply shall be filed on or before January 22, 2015. This extension shall not change the hearing date of February 5, 2015.

Dated: December 19, 2014                STROOCK & STROOCK & LAVAN LLP

By    */s/ David W. Moon*
          David W. Moon

Attorneys for Defendant
   BELTLINE ROAD INSURANCE AGENCY, INC.

Dated: December 19, 2014                LAW OFFICE OF SHERI L. KELLY

By    */s/ Sheri L. Kelly*
          Sheri L. Kelly

Attorneys for Plaintiff MARGO PERRYMAN

### [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: December 22, 2014

_____
UNITED STATES DISTRICT JUDGE

- 1 -
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO DISMISS
14-cv-02261-JST

LA 51820177