Barry Himmelstein, SBN 157736
E-mail: barry@himmellaw.com
HIMMELSTEIN LAW NETWORK
2000 Powell St., Ste. 1605
Emeryville, CA  94608
Telephone:  (510) 450-0782
Facsimile:  (510) 380-6147

Sheri L. Kelly, SBN 226993
E-mail: slk@sherikellylaw.com
LAW OFFICE OF SHERI L. KELLY
31 E. Julian St.
San Jose, CA  95112
Telephone:  (408) 287-7712
Facsimile:  (408) 583-4249

*Attorneys for Plaintiff Margo Perryman*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGO PERRYMAN individually, and for other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LITTON LOAN SERVICING, LP; OCWEN LOAN SERVICING LLC; SOUTHWEST BUSINESS CORPORATION; AMERICAN SECURITY INSURANCE COMPANY; AMERICAN MODERN HOME INSURANCE COMPANY; ALTISOURCE PORTFOLIO SOLUTIONS, S.A., BELTLINE ROAD INSURANCE AGENCY, INC.; and DOES 4-100,<br><br>Defendants. | Case No.: 3:14-cv-02261-JST<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT OCWEN LOAN SERVICING LLC'S MOTION FOR STAY AS TO CLAIMS AGAINST IT; [PROPOSED] ORDER**<br><br>**Civil Local Rule 6-2** |

1        Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Plaintiff Margo Perryman ("Plaintiff") and

2   Defendant Ocwen Loan Servicing, LLC ("Ocwen"), through their respective attorneys, stipulate as

3   follows:

4        WHEREAS, on November 21, 2014, Ocwen filed and served its Motion for Stay as to

5   Claims Against It [Docket Entry No. 135] ("Motion");

6        WHEREAS, Ocwen's Motion is based on a proposed settlement in the matter of Lee v.

7   Ocwen Loan Servicing, LLC, et al. (S.D. Fla.);

8        WHEREAS, Plaintiff and Ocwen previously stipulated to a briefing schedule that would

9   allow Plaintiff to have access to the Lee settlement agreement for at least one week before being

10  required to file her response to the Motion, which was approved by the Court on November 26,

11  2014, and again on December 8, 2014 [Docket Entry Nos. 139, 142];

12       WHEREAS, Plaintiff's current deadline to file her response to Ocwen's Motion is January

13  8, 2015, the current deadline for Ocwen to file its Reply is January 15, 2015, and the hearing date

14  for Ocwen's Motion is February 5, 2015 [Docket Entry Nos. 142, 147];

15       WHEREAS, Plaintiff requires a five day extension of time to file her response to Ocwen's

16  Motion, due to an unanticipated medical situation requiring the care of a family member that arose

17  after the parties entered into the December 8, 2014 stipulation [Docket Entry No. 142]; and

18       WHEREAS, this stipulation only applies to the briefing schedule and hearing date for

19  Ocwen's Motion to Stay and will not impact any other dates or deadlines that have been set by the

20  Court;

21       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to

22  the Court's approval, the following briefing schedule for Ocwen's Motion to Stay shall apply:

23       •   Plaintiff's deadline to file her response to Ocwen's Motion to Stay shall be

24           extended from January 8, 2015 to January 13, 2015;

25       •   Ocwen's deadline to file its reply in support of its Motion to Stay shall be extended

26           from January 15, 2015 to January 20, 2015; and

27       •   The hearing date on the Motion to Stay shall remain set for February 5, 2015.

28

DATED: January 2, 2015

LAW OFFICE OF SHERI L. KELLY
Sheri L. Kelly

By: /s/ Sheri L. Kelly
Sheri L. Kelly
Attorneys for Plaintiff
MARGO PERRYMAN

DATED:  January 2, 2015

HUNTON & WILLIAMS LLP
Brian V. Otero
Stephen Blacklocks
Ryan A. Becker
Jason J. Kim

By:  /s/ Jason J. Kim
Attorneys for Defendants
OCWEN LOAN SERVICING LLC and
LITTON LOAN SERVICING, LP

## FILER'S ATTESTATION

I, Sheri L. Kelly, attest, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other signatory to this document.

DATED: January 2, 2015

LAW OFFICE OF SHERI L. KELLY
Sheri L. Kelly

By: /s/ Sheri L. Kelly
Sheri L. Kelly
Attorneys for Plaintiff
MARGO PERRYMAN

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2   • Plaintiff's deadline to file her response to Ocwen's Motion to Stay shall be

3   extended from January 8, 2015 to January 13, 2015;

4   • Ocwen's deadline to file its reply in support of its Motion to Stay shall be extended

5   from January 15, 2015 to January 20, 2015; and

6   • The hearing date on the Motion to Stay shall remain set for February 5, 2015.

7

8   Dated:  January  5, 2015

9

10                              

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

**DECLARATION OF SHERI L. KELLY**

2

I, Sheri L. Kelly, declare as follows:

3      1.    I am counsel of record for Plaintiff Margo Perryman in this matter.  I have personal

4 knowledge of the matters set forth herein, and if called upon to do so, could and would testify

5 competently thereto.  I submit this declaration in support of Plaintiff Margo Perryman ("Plaintiff")

6 and Ocwen's Further Stipulation Pursuant to Civil L.R. 6-2 to Modify Briefing Schedule on

7 Ocwen's Motion for Stay as to Claims Against It (the "Stipulation").

8      2.    As set forth in the Stipulation, Plaintiff and Ocwen have stipulated to the following

9 briefing schedule for Ocwen's Motion for Stay as to Claims Against It ("Motion to Stay"):

10      •    Plaintiff's deadline to file her response to Ocwen's Motion to Stay shall be

11          extended from January 8, 2015 to January 13, 2015;

12      •    Ocwen's deadline to file its reply in support of its Motion to Stay shall be extended

13          from January 15, 2015 to January 20, 2015; and

14      •    The hearing date on the Motion to Stay shall remain set for February 5, 2015.

15      3.    Plaintiff and Ocwen previously stipulated to a briefing schedule that would allow

16 Plaintiff to have access to the settlement agreement in <u>Lee v. Ocwen Loan Servicing, LLC, et al.</u>

17 (S.D. Fla.) for at least one week before being required to file her response to the Motion to Stay,

18 which was approved by the Court.  Docket Entry Nos. 139, 142.

19      4.    Plaintiff requires a five day extension to file her response to Ocwen's Motion to

20 Stay due to an unanticipated medical situation requiring the care of a family member.

21      5.    Defendants Ocwen, Litton Loan Servicing, LP and Southwest Business

22 Corporation each have obtained extensions of time in which to respond to Plaintiff's complaint via

23 stipulation.  Docket Entry Nos. 24, 30, 41, 111.  Defendant Beltline Road Insurance Agency, Inc.

24 sought and obtained an order extending the time in which it may respond to Plaintiff's complaint,

25 and Plaintiff and Beltline obtained extensions to file their respective response and reply.  Docket

26 Entry Nos. 119, 134, 148.

27

28

4

1      6.     Pursuant to Local Rule 6-2(a)(3), the schedule proposed in the Stipulation will only

2  affect the briefing schedule for Ocwen's Motion to Stay and will not affect the hearing date, or

3  any other dates or deadlines that have been set by the Court.

4      I declare under penalty of perjury under the laws of the United States of America that the

5  foregoing is true and correct.

6      Executed on January 2, 2015, at San Jose, California.

7

8                                                     By:   /s/ Sheri L. Kelly

9                                                           Sheri L. Kelly

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28