United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGO PERRYMAN,<br><br>    Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING, LP, et al.,<br><br>    Defendants. | Case No. 14-cv-02261-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF Nos. 126, 135, 146, 150 |

Before the Court in this action are motions to stay filed by Defendant Ocwen Loan Servicing LLC, ECF No. 135, and Defendant American Security Insurance Company, ECF No. 150. Also before the Court are motions to dismiss filed by Defendant Beltline Road Insurance Agency, Inc., ECF No. 146, and Defendant Southwest Business Corporation, ECF No. 126. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these motions are suitable for disposition without oral argument. The hearings on these matters, currently scheduled for February 5, 2015, is hereby VACATED.

If, however, any party advises the Court in writing by no later than two days from the date of this Order that most or all of the argument for its side will be conducted by a lawyer who has been licensed to practice law for four or fewer years, and who has not previously presented argument before this Court, then the Court will reschedule the hearing at a time that is convenient to all parties in order to provide that opportunity. Counsel shall confer with each other, and the party requesting the rescheduling of the hearing shall identify the upcoming available dates on the Court's calendar at which all counsel are available for the hearing.

**IT IS SO ORDERED.**

Dated: January 26, 2015

                                          JON S. TIGAR
                                      United States District Judge