Barry Himmelstein, SBN 157736
E-mail: barry@himmellaw.com
HIMMELSTEIN LAW NETWORK
2000 Powell St., Ste. 1605
Emeryville, CA  94608
Telephone:  (510) 450-0782
Facsimile:  (510) 380-6147

Sheri L. Kelly, SBN 226993
E-mail: slk@sherikellylaw.com
LAW OFFICE OF SHERI L. KELLY
31 E. Julian St.
San Jose, CA  95112
Telephone:  (408) 287-7712
Facsimile:  (408) 583-4249

*Attorneys for Plaintiff Margo Perryman*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARGO PERRYMAN individually, and for other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LITTON LOAN SERVICING, LP; OCWEN LOAN SERVICING LLC; SOUTHWEST BUSINESS CORPORATION; AMERICAN SECURITY INSURANCE COMPANY; AMERICAN MODERN HOME INSURANCE COMPANY; ALTISOURCE PORTFOLIO SOLUTIONS, S.A.; and DOES 4-100,<br><br>Defendants. | Case No.: 3:14-cv-02261-JST<br><br>**JOINT STIPULATION TO STAY CASE AGAINST DEFENDANT BELTLINE ROAD INSURANCE AGENCY, INC. AND SPECIALLY APPEARING DEFENDANT ALTISOURCE PORTFOLIO SOLUTIONS S.A.  PENDING RESOLUTION OF SETTLEMENT PROCEEDINGS IN *LEE V. OCWEN LOAN SERVICING, LLC*; [PROPOSED] ORDER** |

Plaintiff Margo Perryman ("Plaintiff"), defendant Beltline Road Insurance Agency, Inc. ("Beltline") and specially appearing defendant Altisource Portfolio Solutions S.A. ("Altisource"), through their respective attorneys, stipulate as follows:

WHEREAS, on October 21, 2014, Plaintiff filed a First Amended Class Action Complaint ("FAC") against Altisource and Beltline challenging Altisource's and Beltline's practices relating to defendant Ocwen Loan Servicing, LLC's lender-placed insurance program (Dkt. No. 108);

WHEREAS, on December 18, 2014, defendants Ocwen Loan Servicing, LLC ("Ocwen") and American Security Insurance Company ("ASIC") executed a settlement agreement in the case *Lee v. Ocwen Loan Servicing, LLC,* No. 0:14-CV-60649 ("*Lee*"), pending in the United States District Court for the Southern District of Florida, which, if approved, will release Plaintiff's claims, and the claims of the classes she seeks to represent, against Altisource and Beltline in this case (hereinafter the "Settlement");

WHEREAS, on January 23, 2015, the *Lee* court entered an order preliminarily approving the Settlement. *See Lee v. Ocwen Loan Servicing, LLC,* No. 0:14-CV-60649, 2015 WL 178220 at *8 (S.D. Fla. Jan. 13, 2015), *report and recommendation adopted,* No. 0:14-CV-60649, 2015 WL 309441 (S.D. Fla. Jan. 23, 2015);

WHEREAS, in granting preliminary approval, the *Lee* court entered a preliminary injunction, providing that "[a]ll Settlement Class Members who do not timely exclude themselves from the Settlement Class are hereby preliminarily enjoined from directly or indirectly (i) filing, commencing, prosecuting, intervening in, or participating in (as class members or otherwise), any lawsuit in any jurisdiction for the Released Claims …" *Lee,* 2015 WL 178220 at *8;

WHEREAS, on February 26, 2015, this Court entered an order granting Ocwen's and ASIC's motions to stay this case as against them in light of the *Lee* Settlement, finding that Plaintiff "is a Settlement Class Member in Lee and therefore is enjoined from participating in a lawsuit against Ocwen and ASIC regarding the claims covered by the *Lee* settlement." (Dkt. No. 177, p. 10);

WHEREAS, on February 26, 2015, this Court entered an order granting Beltline's motion to dismiss, and also granted Plaintiff leave to amend to add additional allegations as to Beltline

(Dkt. No. 177, p. 8);

WHEREAS, on February 26, 2015, Altisource filed a motion to dismiss Plaintiff's claims against it pursuant to Rule 12(b)(2), (b)(5) and (b)(1) of the Federal Rules of Civil Procedure (Dkt. No. 176);

WHEREAS, on March 3, 2015, Beltline filed a motion to stay this action as to Altisource and Beltline in light of the pending *Lee* Settlement (Dkt. No. 178);

WHEREAS, Plaintiff, Altisource, and Beltline hereby stipulate and agree to stay this action against Altisource and Beltline, including vacating the current response, reply, and hearing dates for Altisource's pending motion to dismiss (Dkt. No. 176) and Beltline's pending motion to stay (Dkt. No. 178), until the *Lee* court enters an order either granting or denying final approval of the Settlement;

WHEREAS, if the *Lee* Court denies final approval, Plaintiff and Altisource stipulate and agree that Altisource shall have fourteen (14) days after the date final approval is denied to respond to Plaintiff's Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiff, Altisource, and Beltline that:

- This action shall be stayed against Altisource and Beltline until the *Lee* Court enters an order either granting or denying final approval of the Settlement;
- The current response, reply, and hearing dates for Altisource's pending motion to dismiss (Dkt. No. 176), and Beltline's pending motion to stay (Dkt. No. 178), are hereby vacated;
- Nothing herein shall constitute a waiver of any defense of Altisource, including without limitation defenses based on lack of personal jurisdiction, lack of subject matter jurisdiction, and insufficient service of process; and
- If the *Lee* Court denies final approval, Altisource shall have fourteen (14) days after the date final approval is denied to respond to Plaintiff's Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| DATED: March 11, 2015 | LAW OFFICE OF SHERI L. KELLY |
| | By: /s/ Sheri L. Kelly |
| | Attorney for Plaintiff |
| | MARGO PERRYMAN |
| DATED: March 11, 2015 | STROOCK & STROOCK & LAVAN |
| | By: /s/ David W. Moon |
| | Attorneys for Defendants |
| | ALTISOURCE PORTFOLIO SOLUTIONS, S.A., and BELTLINE ROAD INSURANCE AGENCY, INC. |

**FILER'S ATTESTATION**

I, Sheri L. Kelly, attest, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other signatory to this document.

| | |
|---|---|
| DATED: March 11, 2015 | LAW OFFICE OF SHERI L. KELLY |
| | Sheri L. Kelly |
| | By: /s/ Sheri L. Kelly |
| | Sheri L. Kelly |
| | Attorney for Plaintiff |
| | MARGO PERRYMAN |

~~[PROPOSED~~ **ORDER]**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 12, 2015

_____
IT IS SO ORDERED
Judge Jon S. Tigar
United States District Court, Northern District of California