Barry Himmelstein, SBN 157736
E-mail: barry@himmellaw.com
HIMMELSTEIN LAW NETWORK
2000 Powell St., Ste. 1605
Emeryville, CA 94608
Telephone: (510) 450-0782
Facsimile: (510) 380-6147

Sheri L. Kelly, SBN 226993
E-mail: slk@sherikellylaw.com
LAW OFFICE OF SHERI L. KELLY
31 E. Julian St.
San Jose, CA 95112
Telephone: (408) 287-7712
Facsimile: (408) 583-4249

*Attorneys for Plaintiff Margo Perryman*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

MARGO PERRYMAN individually, and for other persons similarly situated,

Plaintiff,

vs.

LITTON LOAN SERVICING, LP; OCWEN LOAN SERVICING LLC; SOUTHWEST BUSINESS CORPORATION; AMERICAN SECURITY INSURANCE COMPANY; AMERICAN MODERN HOME INSURANCE COMPANY; ALTISOURCE PORTFOLIO SOLUTIONS, S.A., BELTLINE ROAD INSURANCE AGENCY, INC.; and DOES 4-100,

Defendants.

Case No.: 3:14-cv-02261-JST

**STIPULATION TO CONTINUE AUGUST 5, 2015 CASE MANAGEMENT CONFERENCE TO AUGUST 19, 2015; ~~[PROPOSED]~~ ORDER**

**Civil Local Rules 16(e), 7-12**

Pursuant to Civil L.R. 16(e) and 7-12, Plaintiff Margo Perryman ("Plaintiff"), and all of the Defendants – Litton Loan Servicing, LP ("Litton"), Ocwen Loan Servicing, LLC ("Ocwen"), American Security Insurance Company ("ASIC"), American Modern Home Insurance Company ("American Modern"), Altisource Portfolio Solutions, S.A. ("Altisource"), and Beltline Road Insurance Agency ("Beltline"), through their respective attorneys, stipulate as follows:

WHEREAS, on May 6, 2015, this Court entered a scheduling order setting a further Case Management Conference for August 5, 2015, and required the parties to submit a joint Case Management Statement by July 22, 2015 (Dkt. No. 188);

WHEREAS, Plaintiff's counsel have an unavoidable conflict on August 5, 2015, and cannot appear for the conference on that date;

WHEREAS, Plaintiff and all Defendants have conferred, and agree to stipulate to a brief continuance of the Case Management Conference to August 19, 2015.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval, the parties agree to the following:

- The Case Management Conference shall be continued to August 19, 2015;
- The parties' Joint Case Management Statement shall be filed by August 5, 2015.

DATED: July 21, 2015

LAW OFFICE OF SHERI L. KELLY

By: /s/ Sheri L. Kelly
Attorneys for Plaintiff
MARGO PERRYMAN

DATED: July 21, 2015

HUNTON & WILLIAMS LLP

By: /s/ Jason J. Kim
Attorneys for Defendants
OCWEN LOAN SERVICING LLC and
LITTON LOAN SERVICING, LP

DATED: July 21, 2015

BAKER HOSTETLER

By: /s/ Joseph Ezzie
Attorneys for Defendant
AMERICAN MODERN HOME INSURANCE COMPANY

DATED: July 21, 2015

CARLTON FIELDS JORDEN BURT

By: /s/ W. Glenn Merten
Attorneys for Defendant
AMERICAN SECURITY INSURANCE COMPANY

DATED: July 21, 2015

STROOCK & STROOCK & LAVAN

By: /s/ David W. Moon
Attorneys for Defendants
ALTISOURCE PORTFOLIO SOLUTIONS, S.A., and BELTLINE ROAD INSURANCE AGENCY, INC.

**FILER'S ATTESTATION**

I, Sheri L. Kelly, attest, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other signatories to this document.

DATED: July 21, 2015

LAW OFFICE OF SHERI L. KELLY
Sheri L. Kelly

By: /s/ Sheri L. Kelly
Sheri L. Kelly
Attorneys for Plaintiff
MARGO PERRYMAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

- The Case Management Conference currently scheduled for August 5, 2015 is hereby continued to August 19, 2015 at 2:00 p.m.; and
- The parties' joint Case Management Statement shall be filed by August 5, 2015.

DATED: July 21, 2015




Un

**DECLARATION OF SHERI L. KELLY**

I, Sheri L. Kelly, declare as follows:

1. I am counsel of record for Plaintiff Margo Perryman in this matter. I have personal knowledge of the matters set forth herein, and if called upon to do so, could and would testify competently thereto. I submit this declaration in support of Plaintiff Margo Perryman ("Plaintiff") and all of the Defendants' Stipulation to continue the Case Management Conference.

2. Plaintiff's counsel have an unavoidable scheduling conflict, and will not be able to attend the Case Management Conference currently scheduled for August 5, 2015.

3. Defendants Ocwen, Litton, ASIC, and SWBC each have obtained extensions of time in which to respond to Plaintiff's complaint via stipulation. Dkt. Nos. 24, 30, 41, 111. Defendant Beltline sought and obtained an order extending the time in which it may respond to Plaintiff's First Amended Complaint, and Plaintiff and Beltline obtained extensions to file their respective response and reply. Dkt. Nos. 119, 134, 148. Defendant Altisource sought and obtained an order extending the time in which to respond to Plaintiff's First Amended Complaint ("FAC"). Dkt. No. 172. Plaintiff and Ocwen also stipulated to extend the briefing schedule for Ocwen's motion to stay. Dkt. Nos. 139, 142, 144, and 154.

4. The schedule proposed in this Stipulation will not affect any other deadlines currently scheduled by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2015, at San Jose, California.

By: /s/ Sheri L. Kelly
Sheri L. Kelly