Barry Himmelstein, SBN 157736
E-mail: barry@himmellaw.com
HIMMELSTEIN LAW NETWORK
2000 Powell St., Ste. 1605
Emeryville, CA 94608
Telephone: (510) 450-0782
Facsimile: (510) 380-6147

Sheri L. Kelly, SBN 226993
E-mail: slk@sherikellylaw.com
LAW OFFICE OF SHERI L. KELLY
31 E. Julian St.
San Jose, CA 95112
Telephone: (408) 287-7712
Facsimile: (408) 583-4249

*Attorneys for Plaintiff Margo Perryman*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARGO PERRYMAN individually, and for other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LITTON LOAN SERVICING, LP; OCWEN LOAN SERVICING LLC; AMERICAN SECURITY INSURANCE COMPANY; AMERICAN MODERN HOME INSURANCE COMPANY; ALTISOURCE PORTFOLIO SOLUTIONS, S.A., BELTLINE ROAD INSURANCE AGENCY, INC.; and DOES 4-100,<br><br>Defendants. | Case No.: 3:14-cv-02261-JST<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>**Civil Local Rule 6-2** |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Plaintiff Margo Perryman ("Plaintiff"), and Defendants Litton Loan Servicing, LP and American Modern Home Insurance Company ("American Modern"), through their respective attorneys, stipulate as follows:

WHEREAS, on August 19, 2015, this Court held a Case Management Conference and set a deadline of November 19, 2015 for Plaintiff to file a Second Amended Complaint (Dkt. No. 212);

WHEREAS, prior to amending her Complaint, Plaintiff contends she requires certain documents and/or testimony from non-party Southwest Business Corporation ("SWBC");

WHEREAS, on October 9, Plaintiff served a subpoena to obtain documents and testimony from SWBC;

WHEREAS, as of the date of this stipulation, Plaintiff contends that SWBC has not produced all documents and information responsive to the subpoena;

WHEREAS, Defendant American Modern has also entered into a settlement in principle in a parallel, partially overlapping class action pending in the Southern District of New York, captioned *Lyons v. Litton Loan Servicing LP, et al.,* S.D.N.Y. Case No. 13-cv-00513 (ALC) ("*Lyons*"), whose terms will be finalized by December 12, 2015 and will become public shortly thereafter;

WHEREAS, this case is currently stayed against all Defendants other than Litton and American Modern – American Security Insurance Company, Ocwen Loan Servicing, LLC, Altisource Portfolio Solutions, S.A., and Beltline Road Insurance Agency, Inc., pending the resolution of settlement proceedings in *Lee v. Ocwen Loan Servicing, LLC, et al.,* S.D. Fla. Case No. 14-cv-60649;

WHEREAS, Plaintiff and Defendants Litton and American Modern stipulate and agree that good cause exists to extend the deadline for Plaintiff to file the Second Amended Complaint to January 15, 2016, to allow Plaintiff to complete discovery as to SWBC, and assess the impact of American Modern's settlement in the *Lyons* action on this case and Plaintiff's potential amendments to the operative Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to

the Court's approval, Plaintiff and Defendants Litton and American Modern agree to the following:

- The deadline for Plaintiff to file and serve the Second Amended Complaint shall be extended to January 15, 2016.

DATED: November 16, 2015                    LAW OFFICE OF SHERI L. KELLY

                                            By: /s/ Sheri L. Kelly
                                            Attorneys for Plaintiff
                                            MARGO PERRYMAN

DATED:  November 16, 2015                   HUNTON & WILLIAMS LLP


                                            By: /s/ Ryan Becker
                                            Attorneys for Defendants
                                            OCWEN LOAN SERVICING LLC and
                                            LITTON LOAN SERVICING, LP

DATED:  November 16, 2015                   BAKER HOSTETLER


                                            By: /s/ Rodger Eckelberry
                                            Attorneys for Defendant
                                            AMERICAN MODERN HOME
                                            INSURANCE COMPANY


## FILER'S ATTESTATION

I, Sheri L. Kelly, attest, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other signatory to this document.


DATED: November 16, 2015                    LAW OFFICE OF SHERI L. KELLY
                                            Sheri L. Kelly


                                            By: /s/ Sheri L. Kelly
                                            Sheri L. Kelly
                                            Attorneys for Plaintiff
                                            MARGO PERRYMAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The deadline for Plaintiff to file and serve the Second Amended Complaint shall be extended to January 15, 2016.

DATED: November 18, 2015

