1  DILLINGHAM & MURPHY, LLP
   DENNIS J. KELLY (SBN No. 191414)
2  J. CROSS CREASON (SBN No. 209492)
   353 Sacramento Street, Suite 2000
3  San Francisco, California 94111
   Telephone:     (415) 397-2700
4  Facsimile:     (415) 397-3300

5

6  Attorneys for Defendant
   SOUTHWEST BUSINESS CORPORATION
7

8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
10

11
   MARGO PERRYMAN, on behalf of herself          Case No. 3:14-cv-02261-JST
12 and others similarly situated,

13              Plaintiff,                        JOINT STIPULATION RE DEFENDANT
                                                 SOUTHWEST BUSINESS
14 vs.                                           CORPORATION'S RESPONSE TO
                                                 PLAINTIFF'S SECOND AMENDED
15 LITTON LOAN SERVICING, LP; OCWEN              COMPLAINT
   LOAN SERVICING LLC; SOUTHWEST
16 BUSINESS CORPORATION; AMERICAN               Date:        TBD
   SECURITY INSURANCE COMPANY, and             Time:        TBD
17 DOES 1-100, inclusive                        Judge:       Hon. Jon S. Tigar
                                                 Courtroom: 9, 19th Floor
18              Defendants.

19

20         Pursuant to Civil L.R. 7-12, 6-1 (b ), it is hereby stipulated by and between Southwest

21 Business Corporation ("SWBC") and plaintiff Margo Perryman ("Perryman") through their

   respective attorneys, that:
22
           WHEREAS, on February 26, 2015, pursuant to Fed. R. Civ. P. 12(b)(6), the Court
23
   dismissed Perryman's First Amended Complaint as against SWBC, with leave to amend;
24
           WHEREAS, on September 14, 2015, the Final Judgment was entered in *Lee v. Ocwen*
25
   *Loan Servicing, LLC, Assurant Inc. and American Security Insurance Co.*, Case No. 0:14-60649-
26
   JAL (S.D.Fla.) ("*Lee*"), which judgment enjoins Perryman from prosecuting her claims against
27
   certain defendants in this action;
28

Page 1 – Case No. 3:14-cv-02261
JOINT STIPULATION RE DEFENDANT SOUTHWEST BUSINESS CORPORATION'S
RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND [PROPOSED]
ORDER

WHEREAS, Perryman has filed a Notice of Appeal in *Lee*, and filed her opening appellate brief in the 11th Circuit on December 23, 2015;

WHEREAS, on January 14, 2016 the United States District Court for the Southern District of New York preliminarily approved a class settlement in *Lyons et al. v. Litton Loan Servicing LP et al.,* Case No. 1:13-cv-00513 (S.D.N.Y.) ("*Lyons*"), which preliminary approval order enjoins Perryman from prosecuting her claims against certain defendants in this action;

WHEREAS, on January 15, 2016, Perryman filed a Second Amended Complaint (SAC), including claims against SWBC;

WHEREAS, SWBC intends to file a motion to stay this action as to SWBC pending final resolution of the settlement proceedings in *Lee* and *Lyons*;

WHEREAS, Perryman and SWBC agree that, SWBC's time to respond to the SAC, should be extended  until such date as the Court sets, if any, upon resolution of SWBC's motion to stay;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval:

- SWBC's time to respond to the SAC shall be set by the Court upon resolution of SWBC's motion to stay; and

- This will not alter the existing deadlines for other defendants in this action.

SEEN AND AGREED:

Dated:  January 28, 2016                              LAW OFFICE OF SHERI L. KELLY

By:   /s/Sheri L. Kelly_____
SHERI L. KELLY
slk@sherikellylaw.com
31 E. Julian Street
San Jose, CA 95112
Telephone: (408) 287-7712
Facsimile: (408) 583-4249
*Attorney for Plaintiff*
*Margo Perryman*

Dated:  January 28, 2016                    DILLINGHAM & MURPHY, LLP

                                    By:   /s/Dennis J. Kelly
                                          DENNIS J. KELLY
                                          353 Sacramento Street, Suite 2000
                                          San Francisco, California 94111
                                          Telephone: (415) 397-2700
                                          Facsimile:  415) 397-3300
                                          *Attorney for Defendant Southwest Business
                                          Corporation*

**FILER'S ATTESTATION**

The undersigned filer attests, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of the documents has been obtained from the other signatory to this document.

Dated:  January 28, 2016                    DILLINGHAM & MURPHY, LLP

                                    By:   /s/Dennis J. Kelly
                                          353 Sacramento Street, Suite 2000
                                          San Francisco, California 94111
                                          Telephone: (415) 397-2700
                                          Facsimile:  415) 397-3300
                                          *Attorney for Defendant Southwest Business
                                          Corporation*

1

**[PROPOSED]** ORDER

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3
• SWBC's time to respond to the SAC shall be set by the Court upon resolution of SWBC's
4
motion to stay; and
5
• This will not alter the existing deadlines for other defendants in this action.

6
Dated: January  29, 2016

7

8
_____
The Honorable Jon S. T...
9
United S...
10
11
12



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE DEFENDANT SOUTHWEST BUSINESS CORPORATION'S
RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND **[PROPOSED]**
ORDER