UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGO PERRYMAN,

    Plaintiff,

    v.

LITTON LOAN SERVICING, LP, et al.,

    Defendants.

Case No. 14-cv-02261-JST

**CASE MANAGEMENT ORDER**

The Court has reviewed the parties' most recent Joint Case Management Statement ("JCMS"), ECF No. 250. Every defendant in the case either has received a stay order from this Court, has a pending request for a stay, or will shortly be moving for a stay. Defendant American Modern Home Insurance Company has settled substantially similar claims in a nationwide class action in New York, and its motion to stay the present litigation is now pending subject to the conditions discussed in open court on February 25, 2016.[1] See ECF Nos. 221 (motion), 241 (hearing minutes). Defendant Southwest Business Corporation has moved to stay this case because it, too, has reached settlements in that case and another one in Florida. ECF No. 229. Hearing on its stay motion is scheduled for March 17, 2016. Defendants Goldman Sachs Group, Inc. Arrow Corporate Member Holdings, and Litton Loan Servicing, LP have also now reached agreements in principle to settle the claims against them in the New York action and will be moving for a stay of this action. The Court has already stayed claims against defendants Beltline Road Insurance Agency, Inc. and Altisource Portfolio Solutions S.A. because of the Florida settlement.

---

[1] American Modern's attempt to use the Joint Case Management Statement as a forum to reargue its stay motion, ECF No. 250 at 4-6, is not well taken.

1    Meanwhile, Plaintiff filed a Second Amended Complaint on January 15, 2016. ECF No.
2 220. By stipulation of the parties, the deadline for defendants Goldman Sachs Group, Inc. and
3 Arrow Corporate Member Holdings, LLC has been extended to April 8, 2016. ECF No. 239.
4    In the JCMS, Plaintiff asks the Court to set a class certification schedule "such that
5 Plaintiff's motion for class certification as against Litton, Goldman Sachs, and Arrow is due
6 ninety (90) days after the Court rules on any motion to dismiss filed by Goldman Sachs or Arrow,
7 or Goldman Sachs and Arrow answer the SAC, as applicable." ECF No. 250 at 4. In light of the
8 foregoing, however, it is difficult to predict when that date might arrive. If those defendants move
9 for a stay, as they indicate they will, then that date will never come. It does not make sense to set
10 a class certification schedule now.
11   The Case Management Conference scheduled for March 9, 2016 is continued to June 1,
12 2016 at 2:00 p.m. An updated Joint Case Management Statement must be filed at least five court
13 days beforehand. If the facts warrant, Plaintiff may then renew her request that the Court set a
14 class certification schedule.
15   IT IS SO ORDERED.
16 Dated: March 7, 2016

_____
JON S. TIGAR
United States District Judge

2