UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGO PERRYMAN,<br><br>    Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING, LP, et al.,<br><br>    Defendants. | Case No. 14-cv-02261-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 229 |

Before the Court is Defendant Southwest Business Corporation's Motion to Stay. ECF No. 229. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for March 17, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: March 7, 2016

                                                JON S. TIGAR
                                        United States District Judge