UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGO PERRYMAN,<br><br>   Plaintiff,<br><br> v.<br><br>LITTON LOAN SERVICING, LP, et al.,<br><br>   Defendants. | Case No. 14-cv-02261-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 262 |

  The parties have filed a stipulation of dismissal dated May 11, 2016.  ECF No. 262.  Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

  This case has been dismissed with prejudice.  The Clerk shall close the file.

  IT IS SO ORDERED.

Dated: May 12, 2016

                 _____
                    JON S. TIGAR
                   United States District Judge